**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JUN 2 9 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| BEVERLY JO JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  **12 1080** |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**MEMORANDUM OPINION**</u>

This matter is before the Court on consideration of the plaintiff's application to proceed

*in forma pauperis* and her *pro se* complaint.  The application will be granted, and the complaint

will be dismissed.

The plaintiff currently receives Social Security and Supplemental Security benefits, and

she disputes the payment she is due each month.  *See* Compl. ¶¶ 5-8, 10.  Because the

"Commissioner's decision  of . . . the amount of SS and SSI benefits was erroneous," she

demands "a <u>Formal Conference</u> type appeal."  *Id.* ¶ 10 (emphasis in original).   It appears that the

plaintiff opted instead to have an Informal Conference, *see id.*, Ex. IV, which occurred on March

29, 2012, *see id.*, Ex. V.  In this action, the plaintiff "requests that the court reverse the decision

of the Social Security Administration and order the Commissioner . . . to show evidence that

[she] qualifies to receive the monthly payments that it drafts to her . . . account[] monthly."

Compl. at 5.

"[F]inal SSA decisions eligible for judicial review follow four steps of an administrative

review process: (1) an initial determination; (2) a reconsideration determination; (3) a hearing

before an ALJ; and (4) review by the Appeals Council." *Beattie v. Astrue*, __ F. Supp. 2d __, __,



4

2012 WL 628346, at *4 (D.D.C. Feb. 28, 2012) (citation omitted).  In other words, only "after

any final decision by the Commissioner of Social Security made after a hearing to which he is a

party" may a plaintiff seek judicial review in a federal district court.  42 U.S.C. § 405(g).  It

appears that plaintiff has not yet completed this four-step process, and, therefore, this lawsuit is

premature.  Accordingly, the Court will dismiss this action.  An Order is issued separately.

DATE: 6/29/12

_Rosemary M Collyer_
United States District Judge